DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIOLETTE AZRA,**
Appellant,

v.

**GABRIEL AZRA,**
Appellee.

No. 4D2025-0741

[April 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 62024MH003680A001CE.

Kelly Daniela Feig of The Law Office of Kelly D. Feig, P.A., Hallandale Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***